Decided September 18, 1996

STATE OF CONNECTICUT *v.* CARMEN CASADO

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 371 (AC 15039), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Donald D. Dakers*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided September 18, 1996